## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Certain Underwriters At Lloyd's of London
Subscribing To Policy No. SUA FEO 1619−2106

Plaintiff,

v.

Case No.:
1:23−cv−01681

Honorable Franklin U. Valderrama

Precision Title Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 26, 2023:

MINUTE entry before the Honorable Franklin U. Valderrama:Pursuant to Plaintiff's Notice of Voluntary Dismissal [5] and pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice. Each side to bear its own costs and attorneys' fees. Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.